NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NORMAN C. ALSTON, JR.,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3063

---

Petition for review of the Merit Systems Protection Board in case no. SF844E120620-I-1.

---

## ON MOTION

---

## O R D E R

Norman C. Alston, Jr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NORMAN ALSTON, JR. V. OPM                                        2

                                       FOR THE COURT

                                       /s/ Jan Horbaly
                                       Jan Horbaly
                                       Clerk

s21